Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.

Before the Second Division, February 2, 1966

**No. 69769.**—Lipman's et al. *v.* United States, protests 215206–K, etc. (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

**No. 69770.**—C. Itoh & Co. (America), Inc. *v.* United States, protests 64/24039 and 64/24040 (New York).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. 69771.**—Transitexim, Inc. *v.* United States, protest 65/6673 (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

Before the Second Division, February 3, 1966

**No. 69772.**—Isaac B. Cohen & Sons Corp. *v.* United States, protests 276847–K, etc. (New York).

Opinion by Rao, C.J.   In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiff was sustained.

**No. 69773.**—Import Associates of America et al. *v.* United States, protests 62/10043–12590, etc. (Chicago).